I have read this letter and consent to the terms of this agreement.

**YULIYA SHEVCHNKO**

_____
Yuliya Shevchnko

Dated: _12/6/23_____

**DARIA CHORNA**

_____
Daria Chorna

Dated: _12.7.2023_____

**ALEXEY ESREMOV**

_____
Alexey Esremov

Dated: _12.06.23_____

**BHRUZ NORMATOV**

_____
Bhruz Normatov

Dated: _12/6/23_____

**ANZHELA AKHTIAMOVA**

_____
Anzhela Akhtiamova

Dated: _12.06.23_____

4